# SCHEDULE B

## INSTRUCTIONS

1. All responses to these Requests for Production that fail or refuse fully to respond to the request on the ground of any claim of privilege or for any other reason shall provide the information required to support a claim of privilege under Federal Rule of Civil Procedure 26(b)(5).

2. If, after conducting a reasonable investigation, a full answer cannot be provided for any request for the production of documents, state that such is the case and answer to the fullest extent possible, stating what responsive documents or information are available, what documents or information cannot be provided, why the documents or information are unavailable, and what efforts were made to obtain the unavailable documents or information.

3. Documents from any single file should be produced in the same order as they were found in such files.

4. If any documents responsive to these Requests have been destroyed, describe the content of such document, the location of any copies of such document, the date of such destruction, and the name of the person who ordered or authorized such destruction.

5. Where an identified document has been lost, destroyed, deleted, overwritten, or purged, state the reasons for such, the names of the persons having any knowledge of such, and the names of the persons responsible for such.

6. Where an identified document is not in your possession, custody, or control, state the names of the persons who have possession, custody, or control of such document. If such document was in your possession, custody, or control in the past, but is no longer in your possession, custody, or control, state what disposition was made of it, and the reasons for such

disposition, and identify the persons having any knowledge of such disposition, and the persons responsible for such disposition.

7. Whenever the singular is used, it will also be taken to include the plural and vice versa. Whenever a conjunctive is used, it will also be taken to include the disjunctive, and vice versa.

8. The terms "and," "or," and "and/or" will be construed in the conjunctive or the disjunctive, whichever makes the request more inclusive.

9. The term "all" shall include the word "any," and vice versa.

10. You must preserve and produce all information and documents in your possession, custody, or control that are responsive to these Requests.

## DEFINITIONS

11. As used herein, "GAFSDA" shall mean General Assembly of Free Seventh-day Adventists, Inc., and all related or affiliated business entities including, without limitation, all parent companies, subsidiaries, sister entities, and successor entities.

12. As used herein, "SDA Church" shall refer collectively to the General Conference of Seventh-day Adventists ("GCSDA"), and all divisions, unions, and local conferences that are members of the GCSDA and/or are otherwise affiliated with GCSDA, as well as all congregations, missions, educational institutions, publishing houses, healthcare entities, and other entities who are members of a local conference or other sub-unit of GCSDA.

13. The term "communication" includes, without limitation, communications by whatever means transmitted (*i.e.*, whether oral, written, electronic, or other methods used), as well as any note, memorandum, correspondence, or other record thereof.

14. The term "Document(s)" means the documents and things within the broadest scope of the Federal Rules of Civil Procedure, including electronically stored information, data, source code, materials stored in any media, and any other information stored magnetically, optically, or electronically.

## REQUESTS

1. Documents concerning and/or reflecting GAFSDA's use of the names "General Assembly of Free Seventh-day Adventists" and/or any other name containing the term "Seventh-day Adventist(s)," including but not limited to, Documents concerning and/or reflecting the date or approximate date when GAFSDA began using the name(s), the manner in which GAFSDA has used the name(s), the geographic scope of such use, and the nature of the goods and/or services with which GAFSDA has used the name(s).

2. Communications between GAFSDA and the SDA Church regarding use of the name "General Assembly of Free Seventh-day Adventists" and/or any other name containing the term "Seventh-day Adventist(s)."

3. Communications between GAFSDA and the SDA Church regarding GAFSDA's operations.

4. Communications between GAFSDA and the SDA Church regarding goods and/or services offered by GAFSDA.

5. Agreements between GAFSDA and the SDA Church, whether written or oral.